IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL R. GABERT,

    Plaintiff,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　　Case No.  16-cv-291-bbc

STATE OF WISCONSIN,
CORPORATION COUNCIL, THE
PUBLIC UTILITIES, including WEDC
and STATE POOLED GROSS
RETIREMENT/INVESTMENT FUND,

    Defendants.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Paul R. Gabert's complaint as legally frivolous.

| /s/ | 6/17/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |